**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Daniel Gonzalez Rodriguez v. The State of Texas

Appellate case number:     01-13-00778-CR

Trial court case number:     1380317

Trial court:     351st District Court of Harris County

        Appellant's Motion for Leave to File Appellant's Brief is **GRANTED**.  Appellant's brief is considered timely filed as of February 19, 2015.

        It is so ORDERED.


Judge's signature: ___/s/ <u>Harvey Brown</u>
                        X  Acting individually     ☐  Acting for the Court


Date:  February 24, 2015